# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **VINCENT DEWAYNE GAYLORD,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION** |
| **v.** ) | |
| ) | **No. 23-4018-KHV** |
| **STATE OF KANSAS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

On April 26, 2023, the Court dismissed plaintiff's complaint. See Order (Doc. #18) filed April 26, 2023. This matter is before the Court on plaintiff's Motion To Proceed Without Prepayment Of Fees (Doc. #25) filed May 5, 2023. Because the Court previously permitted plaintiff to proceed in forma pauperis and his appeal appears to be in good faith, he may appeal without prepayment of fees. See Fed. R. App. P. 24(a)(3); 28 U.S.C. § 1915(a)(3).

**IT IS THEREFORE ORDERED** that plaintiff's Motion To Proceed Without Prepayment Of Fees (Doc. #25) filed May 5, 2023 is **OVERRULED as moot**. Under Rule 24(a)(3), Fed. R. App. P., plaintiff may proceed on appeal without prepayment of fees. The Clerk is directed to forward a copy of this order to the Clerk of the Tenth Circuit.

Dated this 31st day of May, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge